IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RAMON ADRIAN ZAMORA ROJAS,<br>A# 240-192-319,<br><br>*Petitioner*,<br><br>VS.<br><br>MIGUEL VERGARA, Field Office Director Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, U.S. Attorney General; and WARDEN OF SOUTH TEXAS ICE PROCESSING CENTER,<br><br>*Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. SA-26-CV-5601-FB |

***ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT AND ORDER DISSOLVING STAY OF REMOVAL***

Before the Court is Joint Stipulation of Dismissal with Prejudice and Request to Dissolve Stay filed by the parties on November 12, 2026 (ECF No. 4). Petitioner and Respondents jointly stipulate, pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), that this case shall be dismissed with prejudice, each party to bear his or its own costs and attorney's fees, and that the existing stay of removal and any related injunctive relief be dissolved. The Court finds the stipulation has merit and the case should be dismissed as requested.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that pursuant to the Joint Stipulation of Dismissal (ECF No. 4), this case is DISMISSED WITH PREJUDICE with each party to bear his or its own costs and attorney's fees.

IT IS FURTHER ORDERED that the existing stay of removal and any related request for injunctive relief are DISSOLVED. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 12th day of November, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE